United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE J. BYRD, et al., | No. C-11-01742 DMR |
| Plaintiffs, | **ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| SF CITY & COUNTY, et al., | |
| Defendants. | |

The Court is in receipt of the parties' joint request to continue the Initial Case Management Conference. The request is granted. The Initial Case Management Conference previously scheduled for September 21, 2011 has been CONTINUED to **December 7, 2011 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than November 30, 2011. All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.

[Docket No. 2.]

IT IS SO ORDERED.

Dated: September 8, 2011

DONNA M. RYU
United States Magistrate Judge