UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE J. BYRD, ET AL,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY & COUNTY OF SAN FRANCISCO, ET AL,<br><br>    Defendants.<br>_____/ | No. C-11-01742 DMR<br><br>**ORDER TO SHOW CAUSE DIRECTED TO PRO SE PLAINTIFF AND COUNTER-DEFENDANT CAREEM CONLEY** |

The court conducted a case management conference on December 7, 2011. Plaintiff and Counter-Defendant Careem Conley, pro se, did not attend or join in the mandatory joint case management conference statement. Mr. Conley also has not filed a response to Defendant's Counterclaim.

By no later than **December 28, 2011**, Careem Conley must submit a written statement explaining his failure to appear at the hearing and to otherwise participate in this case. Mr. Conley shall mail the submission to Magistrate Judge Donna M. Ryu at the U.S. District Court, 1301 Clay Street, Oakland, California 94612, as well as serve a copy on all other parties by mail.

Continued failure to participate in the litigation may result in dismissal of Mr. Conley's claims and an entry of default against him on the counterclaim.

IT IS SO ORDERED.

Dated: December 8, 2011

_____
DONNA M. RYU
United States Magistrate Judge