UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE J. BYRD, et al., | No. C-11-01742 DMR |
| Plaintiffs, | **SECOND ORDER TO SHOW CAUSE DIRECTED TO PRO SE PLAINTIFF AND COUNTER-DEFENDANT CAREEM CONLEY** |
| v. | |
| SF CITY & COUNTY, et al., | |
| Defendants. | |

The court conducted a case management conference on December 7, 2011. *Pro se* Plaintiff and Counter-Defendant Careem Conley did not attend or join in the mandatory joint case management conference, nor has he filed a response to Defendant City and County of San Francisco's counterclaim. On December 8, 2011, the court issued an Order to Show Cause directing Mr. Conley to submit a written statement by no later than December 28, 2011 explaining his failure to appear at the hearing and to otherwise participate in this case. [Docket No. 36.] In the Order to Show Cause, the court warned Mr. Conley that continued failure to participate in the litigation may result in dismissal of his claims and an entry of default against him on the counterclaim. Mr. Conley did not submit anything in response.

Accordingly, Careem Conley is hereby ordered to submit a written statement by **no later than January 27, 2012** explaining why his claims should not be dismissed and default entered

against him on Defendant City and County of San Francisco's counterclaim for his failure to participate in this litigation.

IT IS SO ORDERED.

Dated: January 6, 2012

DONNA M. RYU
United States Magistrate Judge