United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE J. BYRD, et al., | No. C-11-01742 DMR |
| Plaintiffs, | **ORDER DISCHARGING ORDER TO SHOW CAUSE; ORDER TO FILE ANSWER TO COUNTER-CLAIM** |
| v. | |
| SF CITY & COUNTY, et al., | |
| Defendants. _____/ | |

The court is in receipt of a letter received on January 27, 2012 from *pro se* Plaintiff and Counter-Defendant Careem Conley [Docket No. 42] in response to the court's January 6, 2012 Second Order to Show Cause [Docket No. 41]. The Second Order to Show Cause is hereby discharged. However, the court notes that even though Mr. Conley does not have an attorney representing him, he is expected to diligently participate in this case on his own behalf. The court conducted a case management conference on December 7, 2011, and Mr. Conley did not attend or join in the mandatory joint case management conference statement. Any future failure by Mr. Conley to participate in court-ordered events and appearances may result in dismissal of Mr. Conley's claims for failure to prosecute. The next hearing set in this matter is a further Case Management Conference scheduled on **April 25, 2012 at 1:30 p.m.**

Mr. Conley is hereby given until **February 15, 2012** to file an answer to Defendant City and County of San Francisco's counter-claim against him.  Failure to file an answer by this deadline may result in entry of default against Mr. Conley on the counter-claim.

IT IS SO ORDERED.

Dated: January 31, 2012

DONNA M. RYU
United States Magistrate Judge