UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE J. BYRD, | No. C 11-01742 DMR |
|         Plaintiff(s), | **ORDER DISMISSING PLAINTIFF CAREEM CONLEY'S COMPLAINT WITHOUT PREJUDICE** |
|         v. | |
| SF CITY & COUNTY, | |
|         Defendant(s). | |
| _____/ | |

On April 8, 2011, Plaintiff Careem Conley, along with other plaintiffs, filed suit in this Court. [Docket No. 1.] Conley did not appear at the December 7, 2011 case management conference. [Docket No. 34.] The following day, the court issued an Order to Show Cause, instructing him to submit by December 28, 2011 a written statement explaining his failure to appear at the hearing and to otherwise participate in this case. [Docket No. 36.] Conley did not respond. On January 6, 2012, the court issued another Order to Show Cause, demanding that Conley explain by January 27, 2012 why his claims should not be dismissed and default entered against him on Defendant City and County of San Francisco's counterclaim for his failure to participate in this litigation. [Docket No. 41.] On January 27, 2012, Conley responded to the order and asked the court to not dismiss his claims. [Docket No. 42.] Four days later, the court discharged the second Order to Show Cause and ordered Conley to file an answer to Defendant City and County of San Francisco's counter-claim against him by February 15, 2012. [Docket No. 43.] Conley did not file

an answer. The court held a further case management conference on June 13, 2012, and Conley failed to appear. [Docket No. 57.]

Because of Plaintiff Conley's continuing failures to prosecute his case, the court hereby dismisses his complaint without prejudice. This order does not affect any pending counterclaims against him.

IT IS SO ORDERED.

Dated: June 14, 2012



DONNA M. RYU
United States Magistrate Judge

2