DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
BRADLEY A. RUSSI, State Bar #256993
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3964
Facsimile:    (415) 554-3837
E-Mail:       brad.russi@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE J. BYRD, MALIK BRITT, and RASHAD CONLEY, and ANDREW ARMSTRONG,<br><br>    Plaintiffs,<br><br>    vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; ROSELO PASCUA; ALEX RODATOS; KELVIN SANDERS; JONATHON CATLETT; RICHARD SOARES; WILLIAM ESCOBAR; and DOES NO. 1-20, inclusive.<br><br>    Defendants. | Case No. C11-1742 DMR<br><br>**[PROPOSED] STIPULATED ORDER FOR PLAINTIFF'S MENTAL EXAMINATION**<br><br>Trial Date:    March 11, 2013 |
| THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Counter-Claimants,<br><br>    vs.<br><br>MALIK BRITT, CAREEM CONLEY, and RASHAD CONLEY, ROES NO. 1-20, inclusive.<br><br>    Counter-Defendants. | |

**IT IS STIPULATED BY AND BETWEEN THE PARTIES** to this action, through their respective counsel, that because plaintiff, JESSE BYRD, has placed his mental condition in controversy, he will submit to a mental examination by a suitably licensed or certified examiner selected by defendants pursuant to Federal Rule of Civil Procedure 35.

The examination shall take place on October 9, 2012 starting at 1:00 p.m. at 5665 College Avenue, Suite 240E, Oakland, CA 94618. The examiner will be Dr. Joanna L. Berg, a clinical psychologist licensed by the State of California. The examination will include a diagnostic interview and psychological test battery. The interview will cover the subject's developmental history, social history, medical history, and psychiatric history.

Dated: September 21, 2012

> DENNIS J. HERRERA
> City Attorney
> CHERYL ADAMS
> Chief Trial Attorney
> BRADLEY A. RUSSI
> Deputy City Attorney
>
> By: _/s/ Bradley A. Russi_
> BRADLEY A. RUSSI
>
> Attorneys for Defendants
> CITY AND COUNTY OF SAN FRANCISCO, et al.

Dated: September 24, 2012     SCOTT LAW FIRM

> By: _/s/ Gordon Kaupp*_
> GORDON KAUPP
>
> Attorney for Plaintiffs
> JESSE BYRD, et al.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: Sept. 24, 2012

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

* Pursuant to General Order 45, § X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.