UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE J. BYRD, | No. C-11-01742 DMR |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SF CITY & COUNTY, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference previously scheduled for October 17, 2012 has been CONTINUED to **January 10, 2013 at 11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than January 3, 2013. The December 27, 2012 hearing for dispositive motions is hereby vacated. Dispositive motions shall be filed no later than November 21, 2012, and shall be heard on January 10, 2013.

IT IS SO ORDERED.

Dated: October 12, 2012

_____
DONNA M. RYU
United States Magistrate Judge