UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE J. BYRD, | No. C 11-01742 DMR |
| Plaintiff(s), | **ORDER RE DEFENDANTS' MOTION TO MODIFY DEADLINE FOR FILING MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| SF CITY & COUNTY, | |
| Defendant(s). | |

The court is in receipt of Defendants' motion for an order modifying the deadline for filing Defendants' forthcoming motion for summary judgment, or in the alternative, relief from the court's requirement of a joint statement of undisputed facts. [Docket No. 70.] Defendants' request for a continuance of the filing deadline is denied. Defendants are granted leave to file a separate statement of undisputed facts with their motion for summary judgment. However, **the parties shall file a joint statement of undisputed facts** by no later than the deadline for Plaintiffs to file their opposition to Defendants' motion. Nothing in this order shall be construed as granting Plaintiffs permission to file a separate statement of undisputed facts.

IT IS SO ORDERED.

Dated: November 20, 2012

_____
DONNA M. RYU
United States Magistrate Judge