1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Attorney
3  BRADLEY A. RUSSI, State Bar #256993
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3964
6  Facsimile:     (415) 554-3837
   E-Mail:        brad.russi@sfgov.org

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE J. BYRD, MALIK BRITT, RASHAD CONLEY, and ANDREW EMIL ARMSTRONG,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; ROSELO PASCUA; ALEX RODATOS; KELVIN SANDERS; JONATHON CATLETT; RICHARD SOARES; WILLIAM ESCOBAR; and DOES NO. 1-20, inclusive.<br><br>　　　　Defendants. | Case No. C11-1742 DMR<br><br>**STIPULATED APPLICATION TO EXCUSE DEFENDANTS RODATOS AND ESCOBAR FROM ATTENDANCE AT SETTLEMENT CONFERENCE; DECLARATION OF BRADLEY A. RUSSI; [PROPOSED] ORDER**<br><br>HEARING DATE:　Feb. 13, 2013<br>TIME:　　　　　　11:00 A.M.<br>PLACE:　　　　　Judge Westmore<br>　　　　　　　　　1301 Clay Street<br>　　　　　　　　　Oakland, CA<br><br>Trial Date:　　　　March 11, 2013 |

Defs' App. to Excuse Rodatos, Escobar;　　　　1
CASE NO.  C11-1742 DMR

1  This office represents the Defendants in the above-referenced matter, including Defendants Alex Rodatos and William Escobar.  Defendants request that Sergeant Rodatos and Liutenant Escobar be excused from the settlement conference scheduled for February 13, 2013.  Sergeant Rodatos has a medical issue that has rendered him unable to travel to the conference.  He will be available by telephone.  Lieutenant Escobar has been attending a multiple-month training course.  He is required to participate in the end of the training course, which is scheduled for February 13, or he will have to repeat the entire course.

The other individual defendants will be present, as will a representative from the San Francisco Police Department.  The presence of Sergeant Rodatos and Lieutenant Escobar is not necessary to authorize a settlement.  Furthermore, Plaintiffs have already taken the depositions of these Defendants.

Plaintiffs' counsel has stipulated to excusing Rodatos and Escobar from attendance at the settlement conference.

Dated:  February 1, 2013

                DENNIS J. HERRERA
                City Attorney
                CHERYL ADAMS
                Chief Trial Attorney
                BRADLEY A. RUSSI
                Deputy City Attorney


By:     */s/ Bradley A. Russi*
        BRADLEY A. RUSSI

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL

## DECLARATION OF BRADLEY A. RUSSI

I, Bradley A. Russi, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before this Court. I am employed as a Deputy City Attorney with the Office of the City Attorney for the City and County of San Francisco. I am assigned to represent the defendants in the above-captioned litigation.

2. I am informed and believe that Sergeant Rodatos has a medical issue that has rendered him unable to travel to the conference. He will be available by telephone.

3. Lieutenant Escobar has been attending a multiple-month training course. He is required to participate in the end of the training course, which is scheduled for February 13, or he will have to repeat the entire course.

4. I have conferred with Plaintiffs' counsel regarding the presence of Rodatos and Escobar at the settlement conference. Plaintiffs' counsel stipulated that Rodatos and Escobar need not attend.

I declare under penalty of perjury under the laws of the State of California that the preceding declaration is true, and that this declaration was executed February 1, 2013 in San Francisco, California.

*/s/ Bradley A. Russi*
BRADLEY A. RUSSI

Defs' App. to Excuse Rodatos, Escobar;
CASE NO.  C11-1742 DMR

3

## [~~PROPOSED~~] ORDER

Upon good cause shown, Defendants Alex Rodatos and William Escobar are excused from attendance at the February 13, 2013, settlement conference of this matter.

IT IS SO ORDERED

Dated: 2/4/13

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE