| | |
|---|---|
| John H. Scott, SBN 72578 | |
| Lizabeth N. de Vries, SBN 227215 | |
| **SCOTT LAW FIRM** | |
| 1388 Sutter Street, Suite 715 | |
| San Francisco, California 94109 | |
| Telephone: (415) 561-9601 | |
| Facsimile: (415) 561-9609 | |
| john@scottlawfirm.net | |
| liza@scottlawfirm.net | |

Attorneys for Plaintiffs and Counter-Defendants,
JESSE J. BYRD, MALIK BRITT,
RASHAD CONLEY and ANDREW EMIL ARMSTRONG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE J. BYRD, MALIK BRITT, RASHAD CONLEY and ANDREW EMIL ARMSTRONG, | **Case No. C 11-1742 DMR** |
| Plaintiffs, | **PLAINTIFFS' MOTION *IN LIMINE* NO. 1** |
| vs. | |
| THE CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; ROSELO PASCUA; ALEX RODATOS; KELVIN SANDERS; JONATHAN CATLETT; RICHAD SOARES; WILLIAM ESCOBAR, and DOES 1-20, inclusive. | Pretrial Date: February 27, 2013<br>Time: 3:00 p.m.<br>Place: Courtroom 4, 3rd Floor<br>Judge: Magistrate Donna M. Ryu<br><br>Trial Date: March 11, 2013 |
| Defendants. | |

## INTRODUCTION

Plaintiffs bring the following motion *in limine*:

1. EXCLUDE POLICE REPORTS.

## DISCUSSION

Police reports are generally considered to be inadmissible hearsay under Rule 801 and 802. They may be admitted by stipulation or if the Court finds an exception to the hearsay rule. They may also be used, if appropriate, to refresh recollection. The plaintiffs object to the introduction of police reports as evidence in this case unless for impeachment or rebuttal purposes

**DATED:** February 7, 2013　　　　　　　　　　　　　　　　　　　**SCOTT LAW FIRM**

　　　　　　　　　　　　　　　　　　　　　　　　　　By:　　　/s/ John H. Scott
　　　　　　　　　　　　　　　　　　　　　　　　　　JOHN HOUSTON SCOTT
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs and
　　　　　　　　　　　　　　　　　　　　　　　　　　Counter Defendants