John H. Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, California 94109
Telephone: (415) 561-9601
Facsimile:  (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiffs and Counter-Defendants,
JESSE J. BYRD, MALIK BRITT,
RASHAD CONLEY and ANDREW EMIL ARMSTRONG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE J. BYRD, MALIK BRITT, RASHAD CONLEY and ANDREW EMIL ARMSTRONG, <br><br> Plaintiffs, <br><br> vs. <br><br> THE CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; ROSELO PASCUA; ALEX RODATOS; KELVIN SANDERS; JONATHAN CATLETT; RICHAD SOARES; WILLIAM ESCOBAR, and DOES 1-20, inclusive. <br><br> Defendants. | **Case No. C 11-1742 DMR** <br><br> **PLAINTIFFS' MOTION *IN LIMINE* NO. 2** <br><br> Pretrial Date:  February 27, 2013 <br> Time:  3:00 p.m. <br> Place:  Courtroom 4, 3rd Floor <br> Judge:  Magistrate Donna M. Ryu <br><br> Trial Date:  March 11, 2013 |

## INTRODUCTION

Plaintiffs bring the following motion *in limine*:

2. EXCLUDE THE PLEA OF NO CONTEST BY CAREEM CONLEY.

## DISCUSSION

Careem Conley is no longer a party to this lawsuit. The fact that he plead no contest to a charge related to this incident has little probative value to the other plaintiffs' claims and would be extremely prejudicial. FRE 403. It would also tend to confuse the jury and could cause the jury to conclude that the force used on Malik Britt and Careem Conley was reasonable based on the fact that Careem Conley took a deal to avoid the risk and expense of going forward to trial. In addition, if the officers unlawfully came on the deck and back yard, Careem Conley may have been justified in protesting their presence and questioning their demands.

**DATED:** February 7, 2013                                  S<small>COTT</small> L<small>AW</small> F<small>IRM</small>


By: \_\_\_\_\_/s/ John H. Scott\_\_\_\_\_
JOHN HOUSTON SCOTT
Attorney for Plaintiffs and
Counter Defendants