John H. Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, California 94109
Telephone: (415) 561-9601
Facsimile: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiffs and Counter-Defendants,
JESSE J. BYRD, MALIK BRITT,
RASHAD CONLEY and ANDREW EMIL ARMSTRONG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE J. BYRD, MALIK BRITT, RASHAD CONLEY and ANDREW EMIL ARMSTRONG,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; ROSELO PASCUA; ALEX RODATOS; KELVIN SANDERS; JONATHAN CATLETT; RICHAD SOARES; WILLIAM ESCOBAR, and DOES 1-20, inclusive.<br><br>Defendants. | **Case No. C 11-1742 DMR**<br><br>**PLAINTIFFS' MOTION *IN LIMINE* NO. 3**<br><br>Pretrial Date: February 27, 2013<br>Time: 3:00 p.m.<br>Place: Courtroom 4, 3rd Floor<br>Judge: Magistrate Donna M. Ryu<br><br>Trial Date: March 11, 2013 |

## INTRODUCTION

Plaintiffs bring the following motion *in limine*:

## 3. EXCLUDE EVIDENCE OF ANY PRIOR ARRESTS OR CONVICTIONS OF THE PLAINTIFFS, IF THEY EXIST

## DISCUSSION

It is unknown if the defendants intend to offer into evidence any prior arrests or convictions of the plaintiffs, to the extent they exist. Plaintiffs move in limine to exclude such evidence and/or request that defendants make an offer of proof at this time so this issue can be addressed before the trial commences.

**DATED:** February 7, 2013                                                   S<small>COTT</small> L<small>AW</small> F<small>IRM</small>

By:  /s/ John H. Scott
JOHN HOUSTON SCOTT
Attorney for Plaintiffs and
Counter Defendants