**In the United States District Court**
**for the Northern District of California**
Amended Settlement Conference Minutes
U.S. Magistrate Judge
Kandis A. Westmore

**Date:** February 13, 2013

**FTR:** 4:27-4:31

**Case No.:** C11-1742 DMR (KAW)

**Case Name:** Jesse Byrd, et al v. City & County of San Francisco, et al

**Counsel:**
**Plf:** John Scott               **Def:** James Hannawalt, Bradley Russi

**Outcome of Settlement Conference:**

|  X  | Settled |
| --- | --- |
| ___ | Partial settlement |
| ___ | Did not settle |
| ___ | Other: |

**Notes:** Case settled, subject to approval by the San Francisco Police Commission and the San Francisco Board of Supervisors.  Settlement placed on the record.

**Time:** 6 hrs. 21 mins.

cc: KAW, DMR