1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Attorney
3  BRADLEY A. RUSSI, State Bar #256993
   JAMES F. HANNAWALT, State Bar #139657
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3964
   Facsimile:     (415) 554-3837
7  E-Mail:        brad.russi@sfgov.org

8
   Attorneys for Defendants
9  CITY AND COUNTY OF SAN FRANCISCO, et al.o

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| JESSE J. BYRD, MALIK BRITT, RASHAD CONLEY, and ANDREW EMIL ARMSTRONG,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; ROSELO PASCUA; ALEX RODATOS; KELVIN SANDERS; JONATHON CATLETT; RICHARD SOARES; WILLIAM ESCOBAR; and DOES NO. 1-20, inclusive.,<br><br>Defendants. | Case No. C11-1742 DMR<br><br>**STIPULATION AND [PROPOSED] JUDGMENT AGAINST ANDREW EMIL ARMSTRONG** |

Stipulation and Proposed Judgment re. Armstrong Byrd, et al. v. CCSF, et al. ; Case No. C11-1742-DMR

1

c:\users\sherry\appdata\local\microsoft\windows\temporary internet files\content.outlook\ckxanuhy\stipulation and proposed judgment re armstrong.doc

1
2       The Court, have entered summary judgment on Andrew Emil Armstrong's claims on February
3   5, 2013, the parties stipulate and agree that judgment should be entered against Andrew Emil
4   Armstrong and in favor of Defendants on his claims in this case. The parties agree to bear the own
5   fees and costs with respect to these claims. Andrew Emil Armstrong stipulates to waive any and all
6   right to appeal.
7   Dated: 3/19/13

                                SCOTT LAW FIRM

                                By: _____
                                    JOHN HOUSTON SCOTT

                                Attorneys for Plaintiff(s)
                                JESSE J. BYRD, MALIK BRITT, RASHAD CONLEY,
                                and ANDREW EMIL ARMSTRONG

14
15  Dated: 3/21/2013

                                DENNIS J. HERRERA
                                City Attorney
                                CHERYL ADAMS
                                BRADLEY A. RUSSI
                                JAMES F. HANNAWALT
                                Deputy City Attorneys

                                By: _____
                                    BRADLEY A. RUSSI

                                Attorneys for Defendant
                                CITY AND COUNTY OF SAN FRANCISCO

Stipulation and Proposed Judgment re. Armstrong    2    c:\users\sherry\appdata\local\microsoft\windows\temporary
Byrd, et al. v. CCSF, et al. ; Case No. C11-1742-DMR          internet files\content.outlook\ckxanuhy\stipulation and proposed
                                                              judgment re armstrong.doc

## [PROPOSED] JUDGMENT

The Court, having entered summary judgment against Andrew Emil Armstrong, and pursuant to the above stipulation, hereby GRANTS judgment against Andrew Emil Armstrong and in favor of Defendants on Andrew Emil Armstrong's claims in this case. The parties shall bear their own fees and costs with respect to Andrew Emil Armstrong's claims.

**IT IS SO ORDERED.**

Dated: March 22, 2013



DONNA M. RYU
United States Magistrate Judge

Stipulation and Proposed Judgment re. Armstrong Byrd, et al. v. CCSF, et al. ; Case No. C11-1742-DMR

3

c:\users\sherry\appdata\local\microsoft\windows\temporary internet files\content.outlook\ckxanuhy\stipulation and proposed judgment re armstrong.doc